UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

ROBERT PALATIN,

        Plaintiff,

v.

BANK OF AMERICA, N.A.,

        Defendant.

---------------------------------------------------------- X

Case No. 1:18-cv-7142-RJD-RLM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff Robert Palatin ("Plaintiff") and counsel for Defendant Bank of America, N.A. ("Defendant"), that the above-captioned action is hereby dismissed in its entirety, with prejudice and with each party to bear its own costs and attorneys' fees. This Stipulation may be executed in counterparts. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: May 9, 2019

*/s/ Kevin Mallon* (w/consent)
Kevin Christopher Mallon
MALLON CONSUMER LAW GROUP, PLLC
One Liberty Plaza, Suite 2301
New York, NY 10006
(646) 759-3663
consumer.esq@outlook.com

*Counsel for Plaintiff*

Dated: May 9, 2019

*/s/ Shan Massand*
Shan P. Massand
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2172
smassand@mcguirewoods.com

*Counsel for Defendant*

**SO ORDERED:**

        s/ Raymond J. Dearie

Hon. ~~[redacted]~~ Raymond J. Dearie U.S.D.J.

Dated: May 10, 2019

116261526_1